**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-02131-EWN-BNB

JOSE REYES-FLORES,

    Petitioner,

v.

BUREAU OF CITIZENSHIP & IMMIGRATION SERVICES,
Mario Ortiz, District Director,

    Respondent.

---

## ORDER

---

The Court, having reviewed the Joint Status Report filed by the parties in the above-captioned action, hereby

ORDERS that these proceedings are stayed for ninety (90) days and that the parties are to file a joint status report, on or before November 3, 2005; and

ORDERS that in the event that the United States Citizenship and Immigration Services grants Mr. Reyes-Flores' pending legalization application, the parties shall file a stipulated motion to dismiss the above-captioned mandamus action within ten (10) days; and

ORDERS that the motion to dismiss (#7) filed November 26, 2004 is denied without prejudice to re-filing in the event that the case is pursued after November 3, 2005.

SO ORDERED this  5th  day of August, 2005.

BY THE COURT:

s/Edward W. Nottingham
United States District Judge