## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02131-EWN-BNB

JOSE REYES-FLORES,

      Petitioner,

v.

BUREAU OF CITIZENSHIP & IMMIGRATION SERVICES,
Mario Ortiz, District Director,

      Respondent.

---

## ORDER

---

The Court, having reviewed the Stipulation of Dismissal of Case jointly filed by Petitioner

Jose Reyes-Flores and Respondents Bureau of Citizenship and Immigration Services and Mario

Ortiz, and being fully advised of its premises, hereby GRANTS the Stipulation of Dismissal of

Case and

ORDERS that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action shall be

dismissed with prejudice, with each party to pay its own costs and attorney's fees.

SO ORDERED this7th day of November, 2005.

                    BY THE COURT:


                    s/ Edward W. Nottingham
                    United States District Judge